**No. 39273.**—Protests 834026–G, etc., of New York Merchandise Co. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of atomizers similar to those the subject of *Rice* v. *United States* (T. D. 49373).   The claim as household utensils at 40 percent under paragraph 339 was therefore sustained.